**LINDA B. OLIVER (SBN 166720)**
**DYLAN D. RUDOLPH (SBN 278707)**
**MAYNARD, COOPER & GALE, LLP**
600 Montgomery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 704-7433
Facsimile: (205) 254-1999
E-mail:   loliver@maynardcooper.com
          drudolph@maynardcooper.com

Attorneys for Defendant
HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURA WILLIAMS,<br><br>         Plaintiff,<br><br>   vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>         Defendant. | Case No.: 2:15-CV-01636-WBS-CKD<br><br>**ORDER GRANTING DEFENDANT HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY'S REQUEST FOR TELEPHONIC APPEARANCE AT NOVEMBER 23, 2015 INITIAL SCHEDULING CONFERENCE**<br><br>Action Filed: June 19, 2015 |

1  The Court hereby **GRANTS** Defendant Hartford Life and Accident Insurance Company's ("Hartford") request that Hartford be permitted to attend the November 23, 2015 Initial Scheduling Conference set in the above-referenced case *by telephone*, should the Conference not be taken off calendar and under submission by the Court.

Counsel of record, Linda B. Oliver, will appear on behalf of Hartford, and will be reachable at: (415) 704-7433.  **The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.**

Dated:  November 20, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE