FRANK N. DARRAS (SBN 128904)
SUSAN B. GRABARSKY (SBN 203004)
DARRAS LAW
3257 East Guasti Road, Suite 300
Ontario, California 91761-1227
Telephone:  (909) 390-3770
Facsimile:  (909) 974-2121
E-mail: frank@darraslaw.com; sgrabarsky@darraslaw.com

Attorneys for Plaintiff
LAURA WILLIAMS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA WILLIAMS,<br><br>             Plaintiff,<br><br>vs.<br><br>THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>             Defendant. | Case No: 2:15-cv-01636-WBS-CKD<br>[HONORABLE WILLIAM SHUBB]<br><br>PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT SCHEDULING CONFERENCE; AND ~~PROPOSED~~ ORDER<br><br>Scheduling Conference<br>Date:      November 23, 2015<br>Time:      2:00 p.m.<br>Ctrm:      5 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that counsel for plaintiff requests to appear telephonically at the Scheduling Conference set for November 23, 2015 at 2:00 p.m., in Courtroom 5, of the above-entitled Court located at 501 I Street, Suite 4-200, Sacramento, California 95814.

    Good cause exists for Plaintiff's counsel to appear telephonically due to the fact that counsel's offices are located in Southern California, in the County of San Bernardino, in the City of Ontario.  Lead trial counsel for Plaintiff, Frank N.

PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT SCHEDULING CONFERENCE;
AND PROPOSED ORDER

1    Darras can be reached at (909) 390-3770.

2

3

4    DATED: November 10, 2015          DARRAS LAW

5                                     By:  /s/ *Frank N. Darras*
6                                     Frank N. Darras
                                      Susan B. Grabarsky
7                                     Attorneys for Plaintiff
8                                      LAURA WILLIAMS

9

10                          **ORDER**

11

12        IT IS SO ORDERED.  The courtroom deputy shall email counsel with

13   instructions on how to participate in the telephone conference call.

14

15

16        Dated:  November 20, 2015

17                                     WILLIAM B. SHUBB
                                       UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28