UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| LAURA WILLIAMS, | CIV. NO. 2:15-1636 WBS CKD |
| Plaintiff, | ORDER |
| v. | |
| THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendant. | |

----oo0oo----

This matter came before the court for a Status (Pretrial Scheduling) Conference on November 23, 2015. Susan Grabarsky appeared as counsel for plaintiff; Linda Oliver appeared as counsel for defendant. After conferring with the parties, the court makes the following orders:

(1) The initial scheduling conference herein is continued to January 11, 2016 at 1:30 PM in Courtroom No. 5. The parties shall meet and confer prior to that date.

(2) The parties shall submit an updated Joint

1

1 | Status Report on or before January 4, 2016.
2 |    (3) Good cause having been shown, the court
3 | grants leave of Ms. Grabarsky and Ms. Oliver to appear by
4 | telephone at the January 11, 2016 scheduling conference.
5 |    (4) All discovery is hereby stayed pending
6 | further order of the court, with the exception of (i) any
7 | document subpoenas served by defendant on California School
8 | Boards Association and (ii) responses to any requests for
9 | production and interrogatories that were served before the
10 | November 23, 2015 hearing.
11 |   IT IS SO ORDERED.
12 | Dated: November 24, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE